**Order entered April 3, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00570-CV

### AMY LIZETTE VASQUEZ IBARRA, Appellants

### V.

### RICARDO IBARRA, Appellee

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-14306**

## ORDER

The reporter's record in this case has not been filed. By letter dated January 29, 2014, we informed appellants that the Court Reporter notified us the reporter's record had not been filed because appellants had not (1) requested the record; or (2) paid for or made arrangements to pay for the record. We directed appellants to provide the Court with written verification they had requested the record and had paid for or made arrangements to pay for the record, or had been found entitled to proceed without payment of costs. We cautioned appellants that failure to provide the required documentation within ten days might result in the appeal being ordered submitted without the reporter's record. To date, appellant has not provided the required documentation or otherwise corresponded with the Court regarding the status of the reporter's

record. Therefore, we **ORDER** this appeal submitted without a reporter's record. Appellant's brief is due **THIRTY DAYS** from the date of this order.

/s/     CAROLYN WRIGHT
           CHIEF JUSTICE